# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

162203 & (29)(30)(31)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

REGINALD LAMARR DAVIS,
       Defendant-Appellant.

SC: 162203
COA: 354927
Wayne CC: 20-002814-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 20, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to recuse the Court of Appeals panel and the motion to clarify are DENIED. We note that the defendant is not precluded from filing a motion in the trial court seeking to enforce the trial court's original bond order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



t1124

Clerk